UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

PFIP, LLC
_____
Plaintiff(s)

          v.

                                                      _____
                                                    Civil Case No.

Body Transit, Inc. dba Rascals Fitness and Marc S. Polignano
_____
Defendant(s)

**DISCLOSURE STATEMENT
LOCAL RULE 7.5**

[This form is to be completed and filed only by parties that are nongovernmental corporations or partnerships. Check the appropriate box(es).]

<u>Nongovernmental Corporation</u>

☐   The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

☐   The filing party identifies the following publicly held corporation with which a merger agreement with the party exists:

OR

Partnership

☐ The filing party, a partnership, identifies the following nongovernmental corporate entity that holds an interest in said partnership, the corporate partner's parent corporation, and any publicly held corporation that owns 10% or more of the corporate partner's stock:

☐ The filing party identifies the following publicly held corporation that has a merger agreement with the corporate partner:

OR

Nothing to Disclose

☑ The filing party has none of the above.

Respectfully submitted,

PFIP, LLC

Date: 11/5/2007

/s/Teresa C. Tucker
Teresa C. Tucker, Esq.
10071
Grossman Tucker Perreault & Pfleger PLLC
55 South Commercial Street
Manchester, NH 03101
Phone 603-668-6560
E-Mail ttucker@gtpp.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(the following need not be completed if submitted with civil complaint)

### CERTIFICATE OF SERVICE

I hereby certify that this Disclosure Statement was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF: [Names of Filing Users]

Conventionally Served: [Name and Address of Non-Filing Users].

Date: 11/5/2007

/s/Teresa C. Tucker
Teresa C. Tucker, Esq.
10071
Grossman Tucker Perreault & Pfleger PLLC
55 South Commercial Street
Manchester, NH 03101
Phone 603-668-6560
E-Mail ttucker@gtpp.com