UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

PFIP, LLC.

   v.

BODY TRANSIT, INC
   d/b/a Rascals Fitness; and

MARC POLIGNANO

07-cv-365-JM

SPECIAL APPEARANCE

Please enter my special appearance for the defendant Body Transit, Inc..

Respectfully submitted,

December 12, 2007                                          /s/  Andrew R. Schulman_____
                                                                       Andrew R. Schulman,, NH Bar 2276
                                                                       Brian T. Lee,  NH Bar 13883
                                                                       GETMAN, STACEY,
                                                                       SCHULTHESS & STEERE, P.A.
                                                                       Three Executive Park Drive – Suite 9
                                                                       Bedford, New Hampshire 03110
                                                                       603/634-4300

CERTIFICATE OF SERVICE

     I, Andrew R. Schulman, hereby certify that a copy of this Appearance was served on counsel for the plaintiff, Teresa C. Tucker, Esq., Grossman, Tucker, Perrault & Plfeger, PLLC, 55 S. Commercial Street, Manchester, NH 03101, on December 12, 2007, via the Court's ECF facilities.

December 12, 2007                                          /s/  Andrew R. Schulman_____