UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**PFIP, LLC**
**113 Crosby Road**
**Dover NH 03820**

    **Plaintiff,**

**v.**

**Body Transit, Inc. dba Rascals Fitness, and**
**Marc S. Polignano**
    **Defendants.**
_____

**CASE NUMBER 1:07-cv-365-JM**

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff in this case, and hereby give notice that the above identified action may be dismissed with respect to all Defendants, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

    Respectfully submitted,

    By_____/s/ Teresa C. Tucker_____
      Teresa C. Tucker, NH No. 10071
      GROSSMAN, TUCKER, PERREAULT
        & PFLEGER, PLLC
      55 South Commercial Street
      Manchester, NH 03101
      (603) 668-6560
      Email ttucker@gtpp.com

Date: 1/29/2008

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this NOTICE OF DISMISSAL was filed electronically and was served electronically, through ECF, upon counsel for Defendants: Andrew R. Schulman of Getman, Stacey, Schulthess & Steere, PA, Three Executive Park Drive, Suite 9, Bedford, New Hampshire 03110, at the email address associated therewith.

    By: /s/Teresa C. Tucker__
      Teresa C. Tucker

Date:  1/29/2008